No. 141, Misc. LEWIS *v.* ADERHOLDT ET AL. C. A. D. C. Cir. Motion of National Capital Area Civil Liberties Union for leave to file brief, as *amicus curiae,* granted. Certiorari denied. *Philip Shinberg* for petitioner. *Chester H. Gray, Milton D. Korman* and *Hubert B. Pair* for Aderholdt, and *Thomas A. Flannery* and *Stephen A. Trimble* for Washington Terminal Co., respondents. *Monroe H. Freedman* for National Capital Area Civil Liberties Union, as *amicus curiae,* in support of the petition.

*Rehearing Denied.*